FILED
JAMES J. VILT, JR. - CLERK
NOV 04 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court

George E. Sisk
   Petitioner
vs.
Grayson County Detention Center et. Ali.
   Respondent

No. 4:22-CV-155-JHM

Petitioner, George Edward Sisk
   Cell 315
   Grayson County Detention Center
   320 Shaw Station Rd
   Leitchfield, KY 42754

Respondants, Jason Woosley
   Grayson County Dentention Center
   320 Shaw Station Rd
   Leitchfield, KY 42754

Claim 1  ~~Imminent~~ Danger

Petitioner George Edward Sisk has been housed as a Federal detainee awaiting trial. Since I've been incarcerated here I have been denied access to copies of legal mail. Everytime I ask if I'm able to receive copies I get the same answer "I don't have money on my account." All my legal mail that I receive has to be copied and the original has to be either destroyed or sent home. I'm not able to send nothing home because I'm indigent. Once I move from this holding facility I am not able to send any of my legal mail, nor am I able to take it with me. By me not being able to have these copies I'm not able to help my Attorney with my case. It being deliberatly indifferent to my fight with the court system. Is there anyway that this court can grant a PTR allowing inmates that are indigent to receive copies of legal work? I am an inmate that is indigent and I am in need of these legal documents because I have a history of a learning disability and the one hour or hour in a half is not enough time in the law library to learn what it is I need to know. This also a violation of the Rehabilitation Act and/or the American with Disability Act. This wontness behavior is not Constitutional legal and its outside the range of cruel and unusual punishment... this behavior is done with deliberate in-different to me and this needs to be addressed.

Claim 2 <u>Imminent Danger</u>

Petitioner has to be in debt to the facility that is housing me. I'm allowed indigent packages but I have to pay this facility back for <u>medical</u>, <u>copies</u>, and Indigent kits which consist of personal hygine. I'm being housed as a federal inmate awaiting trial. Every dollar that I receive this facility will take it. The Federal Authorities pay this facility to house me. The State pays this facility to house State inmates as well. I'm asking this Court to order an PTRO until the after the screening of this claim, or until the final ruling of this claim to stop this deliberate indifferent to our human rights.

Claim 3; This facility is not up to standards which is in violation of OSHA standards to house inmates whether Federal or State inmates do to State inmates laying on the floor over 30 days. Their are no Cameras in any of the dorms and inmates get jumped on daily. Some inmates fear for their lives because of the situation that we are forced to be in. Inmates has to push a button just to get the attention of officers which at times it takes officers over 10 minutes to answer calls.

As a inmate I've been in a dorm with 19 (nineteen) other inmates about to fight each inmate

*I* IMMINIMAT DANGER *

by myself, the inmates gathered together and offered me to get on the door. After 10 minutes of arguing back and forth I decided to leave that Dorm without anyone being harmed. But it did that take the officers over 10 minutes after hitting the button to come to see what the concern of we hitting the button. This is deliberate indifferent to my safety and my health. And I'm asking this Court to grant a PTRO to allow these over-seers of my body to put camras in these dorms to protect the safty of these State and Federal inmates.

### Constitutial Violations

1. 14th Amendment
2. 6th Amendment
3. 8th Amendment "Deliberate Indifferent"
4. 4th Amendment "taking money"
5. Rehabilitation Act...

### Suing

1. Grayson County Detention Center is being Sued in its official capacity...

2. Jason Woosly is being sued in his official and individual capacity for the tort committed in violation of the Kentucky Tort Claim.

Wherefore Petitioner request this Court to grant the TRO, and PTRO's mentioned and to allow petitioner the tort committed and contact this Facility Head to get a change in this facility for the safty of the inmates and staff that over sees the Facility.

George E. Sisk 230876

*George E Sisk*

11/01/2022